105 A.3d 1100

GREG NOREN, PLAINTIFF–PETITIONER, v. HEARTLAND PAYMENT SYSTEMS, INC., DEFENDANT–RESPONDENT.

January 23, 2015.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to consider the appeal on the merits. Jurisdiction is not retained.

105 A.3d 1100

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. WILLIAM R. JOE, DEFENDANT–RESPONDENT.

January 23, 2015.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration on the plenary-calendar. Jurisdiction is not retained.